NO: 04-14-00643-CR  PD-1346-15

in The
Court of Criminal appeals
Bexar County, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 14 2015

Abel Acosta, Clerk

Lonnie Price
V.
The State of Texas

from appeal no. 04-14-00643-CR
Trial Cause no. 2011CR9144
Bexar county

FILED IN
COURT OF CRIMINAL APPEALS
OCT 16 2015
Abel Acosta, Clerk

First motion For extension of time to file
petition For discretionary review

To the honorable Judges of the court of criminal
appeals comes now Lonnie Price, petitioner, and files
this motion for an extension of sixty days in wich
to file a petition for discretionary review in Support
of this motion appellant shows the court the following

I

The petitioner was convicted in the 186th District court
of Bexar County, Tx of the offense of Burglary habitation-
Force in cause no 2011CR9144 Styled state of Texas vs.
Lonnie Price. The petitioner appealed to the court of appeals,
Fourth court of appeals ___ Supreme Judicial district The case
was affirmed on September 17, 2014



## II

The deadline for filing the petition for discretionary review is <u>October 21, 2015</u>, The petitioner has not requested any extension prior to this request

## III

petitioner request for an extension is based up the following acts; petion petitioner was not informed of the decision of the court of appeals in affirming his case until <u>9-23-15</u> since that time petitioner has been attempting to gain legal representation in this matter, His attorney on the appeal Patrick Barry Montgomery has informed petitioner that he will not represent him on the petition for discretionary Review

wherefore petitioner prays this court grants this motion and extend the deadline for filing the petition for discretionary Review in cause case no. <u>04-14-00643-CR</u> to <u>December 21, 2015</u>

Lonnie price

Texas Department of criminal Justice

Garza east unit

TDCJ-ID# 1939616

Beeville Texas 78102

# Certificate of Service

I certify that a true and correct copy of the above foregoing first motion for extension of time to file a petition for discretionary review has been forwarded by U.S mail postage prepaid, first class to the attorney for state Patrick Barry montgomery at 111 SoleDaD St 300 san antonio TX 78205 and to the prosecuting attorney, p.o. box 12405 Austin, TX 78711 on this the ~~day of~~ 6th day of October 2015

*Lonnie price*
Petitioner, Pro se

I Lonnie price TDCJ# 1939616 being presently incarcerated in the Garza east unit of the Texas department of criminal Justice in the Beeville County TX verify and declare under penalty of perjury that the foregoing Statements are true and correct, executed on this the 6th day of october 2015.

*Lonnie price*
Beeville TX    TDCJ# 1939616